**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**vs.**                          **1:07-CV-00038**

**COLBY JOE OHLSON**                                      **DEFENDANT**

### ORDER

Plaintiff's Motion to Dismiss Petition to Enforce Internal Revenue Service Summons (Doc. No. 3) is GRANTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 28th day of December, 2007.

                                                         /s/ Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE